```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DeSimone, *et al.*,

            Plaintiffs,

    –v–

TIAA Bank,

            Defendant.

20cv06492 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 2, 2020, the Court received a voicemail from counsel. Per Rule 1.A of the Undersigned's Individual Practices in Civil Cases, all communications with the Court shall be by letter filed on ECF unless there is a redaction or sealing request. The Court will ignore all communication in violation of Rule 1.A, including the October 2, 2020 voicemail.

SO ORDERED.

Dated: October 4, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge