UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DeSimone, *et al.*,

              Plaintiffs,

   –v–

TIAA Bank, *et al.*,

              Defendants.

20-cv-06492 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court has received the Plaintiffs' October 15, 2020 Letter, Dkt. 15, stating its intent to respond to Defendant's Motion to Dismiss, filed on September 29, 2020, by way of amendment. The Court reminds Plaintiff that, per the Undersigned's Individual Rule 3.F., "[w]hen a motion to dismiss is filed, the non-moving party must, within 10 days of receipt of the motion, notify the Court and its adversary in writing whether (i) it intends to file an amended pleading and when it will do so, or (ii) it will rely on the pleading being attacked." The Court instructs Plaintiffs to read and follow the Undersigned's Individual Rules for Civil Cases in the future.

      SO ORDERED.

Dated: October 16, 2020
       New York, New York

                                        ALISON J. NATHAN
                                       United States District Judge