UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DeSimone, *et al.*,

                       Plaintiffs,                  20-cv-6492 (AJN)

            -v-                                      ORDER

TIAA Bank, *et al.*,

                       Defendants.

------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. Counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. **In the joint letter, the parties should advise the Court if they can do without a conference altogether**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The Court will provide the parties with information on how to access the conference at a later date. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: November 19, 2020
       New York, New York

                                                     ALISON J. NATHAN
                                                  United States District Judge