UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DeSimone, *et al.*,

                Plaintiffs,

      –v–

TIAA Bank, FSB, f/k/a Everbank Financial Corp.,

                Defendant.

20-cv-6492 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/20

ALISON J. NATHAN, District Judge:

      The Court has received Defendants request for an adjournment of the Initial Pre-Trial Conference. Dkt. No. 87. That request is denied. The parties are reminded to submit their joint status letter, as described in the Notice of Initial Pretrial Conference, Dkt. No. 28, by November 27, 2020, per the Court's November 20, 2020 order. Dkt. No. 85.

    SO ORDERED.

Dated: November 25, 2020
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge