```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
Nicholas DeSimone, *et al*.,                                       :
                                                                   :
                                      Plaintiff,                   :          20-cv-6492 (AJN)
                                                                   :
                     -v-                                           :          ORDER
                                                                   :
TIAA Bank, *et al.*,                                               :
                                                                   :
                                      Defendants.                  :
                                                                   :
-------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

        The Initial Pre-Trial Conference that had been scheduled for December 4, 2020, Dkt. No
28, is hereby adjourned until Wednesday, December 9, 2020 at 3:45 P.M.  The conference can be
accessed by dialing (888) 363-4749 and entering access code 9196964.


        SO ORDERED.


Dated: December 4, 2020                    _____
       New York, New York                              ALISON J. NATHAN
                                                     United States District Judge