```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DeSimone, *et al.*,

          Plaintiffs,

      –v–

TIAA Bank, FSB, f/k/a Everbank Financial Corp.,

          Defendant.

20-cv-06492 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant's Motion to Strike Plaintiffs' Motion for Conditional Certification, Dkt. No. 114, is denied. Defendant was not prejudiced by the short delay and Plaintiffs' counsel has provided extenuating circumstances for its failure to file on December 26, 2020. Defendant's deadline to file a response to Plaintiffs' motion is extended from January 25, 2021 to January 26, 2021.

    SO ORDERED.

Dated: January 7, 2021
       New York, New York

                                    _____
                                      ALISON J. NATHAN
                                      United States District Judge