Case 1:20-cv-06492-AJN-BCM   Document 149   Filed 09/22/21   Page 1 of 1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS DESIMONE, et al.

    Plaintiffs,

-against-

TIAA BANK, FSB,

    Defendant.

20-CV-6492 (AJN) (BCM)

**ORDER SCHEDULING CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    By Memorandum Opinion and Order dated September 14, 2021 (Dkt. No. 148), Judge Nathan granted defendant's partial motion to dismiss certain claims as time-barred, defendant's motion to compel arbitration, and plaintiffs' motion for conditional collective certification.

    The Court will conduct a telephonic status and scheduling conference on **October 12, 2021, at 11:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387. No later than **October 8, 2021**, the parties shall file a joint letter updating the Court on the progress of discovery and proposing a schedule for the remainder of discovery. If the parties disagree on the discovery schedule, each party shall present their proposal without extended argument.

Dated: New York, New York
       September 22, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**