



Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Leslie W. Ehret
lehret@frilot.com
504.599.8203 office
504.599.8263 fax

September 27, 2021

**VIA ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *DeSimone, et al. v. TIAA Bank, FSB, f/k/a Everbank Financial Corp.*
             Southern District of New York
             Docket No.: 20-cv-06492 (AJN)
             **Joint Request for Extension of Time to Submit Proposed Notice**

Dear Judge Nathan:

    Your Honor's ruling on September 14, 2021 (R. Doc. 148) requires the parties to "confer on a proposed notice and within two weeks of this Opinion [] jointly submit the proposal to the Court for approval." The parties are writing to ask Your Honor's indulgence to allow three (3) additional days to submit a proposed notice. The parties are in the process of conferring and believe the short requested extension will allow them to narrow any differences so that a more cogent proposed notice with as few disagreements as possible can be presented to the Court.

    With your Honor's approval, the parties would like to submit their proposal to you by Friday, October 1, 2021.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/28/2021



Hon. Alison J. Nathan, U.S.D.J.
September 27, 2021
Page **2** of **2**

      We thank you for your consideration of this request.

      Thank you and all the best,

**FRILOT L.L.C.**
Lead Attorneys for Defendant,
TIAA Bank, FSB

By:    s/ Leslie W. Ehret
Leslie W. Ehret (*admitted pro hac vice*)
Renee Culotta (*admitted pro hac vice*)
Benjamin M. Castoriano (*admitted pro hac vice*)
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Telephone:   (504) 599-8000
Facsimile:   (504) 599-8100

cc:   All current counsel of record (via ECF)