```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DeSimone, *et al.*,

                Plaintiffs,

      –v–

TIAA Bank, FSB,

                Defendant.

20-cv-6492 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' joint status report, Dkt. No. 156, and has considered the two outstanding disputes regarding the Notice and Consent Form. The Court hereby orders that TIAA Bank's counsel's contact information be removed from Section 7, "QUESTIONS REGARDING THIS NOTICE," but shall remain in Section 9, "LEGAL COUNSEL."

    The Court also orders that the Notice and Consent Form be included as PDF attachments in the emails to putative opt-ins and not as text in the body of the emails.

SO ORDERED.

Dated: October 6, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1