UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS DeSIMONE, PATRICK GARDNER, MOHAMMAD HUSSAIN, PAUL MALSTROM, STEPHEN GALLAGHER, CRAIG PALADEAU, CORY BENNER, and all others similarly situated,

        Plaintiffs,

-against-

TIAA BANK, FSB, f/k/a Everbank Financial Corp.,

        Defendant.



20-CV-6492 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter dated December 30, 2021 (Joint Ltr.) (Dkt. No. 182), regarding the opt-in plaintiffs' proposed interrogatories to defendant. It is hereby ORDERED as follows:

1. <u>Interrogatories</u>. The opt-in plaintiffs may propound on defendant the following as Interrogatory Nos. 3, 4, and 5:

    a. <u>Interrogatory No. 3</u>: "Identify any time records TIAA Bank maintained reflecting the number of hours Opt-In Plaintiff worked during each workweek during the relevant time period."

    b. <u>Interrogatory No. 4</u>: "Identify the types of outside sales activities TIAA Bank believes Opt-In Plaintiff performed."

    c. <u>Interrogatory No. 5</u>: "Identify the pay policies, job descriptions, and disciplinary rules of Defendant to which Opt-In Plaintiff was subjected but which were not applicable to other Retail Loan Officers of Defendant."

2. <u>Production</u>. As to each opt-in plaintiff selected for deposition, defendant shall produce, "sufficiently in advance of the deposition," (i) the records it identifies in response to Interrogatory No. 3; (ii) "any documents it believes are relevant to establishing the number of hours the opt-in did or did not work each workweek,"

        Joint Ltr. at 2; and (iii) "any outside sales 'activity logs' that were completed by the opt-in Plaintiff, which reflect the outsides sales activities of the opt-in Plaintiff, along with dates and times spent performing those activities." *Id.* at 4.

3.    <u>Scheduling</u>. The parties are directed to advise the Court, by letter, when the opt-out period closed, and provide a date certain for the current fact discovery close date (described in Dkt. No. 105, ¶ 7, as "180 days from the date the opt-in period closes").

Dated: New York, New York
       January 6, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**