

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS DeSIMONE, et al.,

        Plaintiffs,

-against-

TIAA BANK, FSB,

        Defendant.

20-CV-6492 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will conduct a status conference on **June 6, 2022, at 10:00 a.m., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.** No later than **June 1, 2022**, the parties shall file a joint status letter on the docket, updating the Court as to the progress of fact discovery and identifying any disputes, not previously submitted, requiring judicial resolution.

Dated: New York, New York
       January 26, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**