```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
NICHOLAS DESIMONE,  :
PATRICK GARDNER, MOHAMMAD :
HUSSAIN, PAUL MALSTROM, STEPHEN : 1:20-cv-6492-GHW
GALLAGHER, CRAIG PALADEAU, CORY :
BENNER, *and all others similarly situated*, : ORDER
:
                          Plaintiffs, :
:
          -v - :
:
TIAA BANK, FSB, F/K/A EVERBANK :
FINANCIAL CORP., :
:
                        Defendant. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

      SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                                             _____
                                                               GREGORY H. WOODS
                                                           United States District Judge