IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS DeSIMONE, PATRICK GARDNER, MOHAMMAD HUSSAIN, PAUL MALSTROM, and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>TIAA BANK, FSB, f/k/a Everbank Financial Corp.,<br><br>     Defendant. | Civil Action No.: 1:20-cv-6492-(GHW)(BCM)<br><br> |

**ORDER**

AND NOW, on this 29th day of April, 2022, upon consideration of the Parties' Joint Motion to Modify/Extend Deadlines, it is hereby ordered:

1. The Parties are directed to attend mediation before Mediator Linda Singer in New York City on **June 6, 2022**.

2. The status conference scheduled for June 6, 2022 is cancelled.

3. The Court will conduct a status conference on **June 15, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

4. The Parties shall, on or before **June 8, 2022**, file a joint status report with the Court advising on the outcome of the mediation, and proposing a schedule which shall either: (a) provide deadlines for the filing of Plaintiffs' motion for preliminary and final settlement approval and related relief; or (b) provide a **revised** proposed discovery/litigation schedule.

**SO ORDERED**.

_____
BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
APRIL 29, 2022