IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS DeSIMONE, PATRICK GARDNER, MOHAMMAD HUSSAIN, PAUL MALSTROM, STEPHEN GALLAGHER, CRAIG PALADEAU, CORY BENNER, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TIAA BANK, FSB, f/k/a Everbank Financial Corp.,<br><br>Defendant. | CIVIL ACTION NO: 1:20 Civ. 6492 (GHW-BCM) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER: (1) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) CONDITIONALLY CERTIFYING SETTLEMENT CLASSES; (3) APPOINTING PLAINTIFFS' COUNSEL AS CLASS COUNSEL; (4) APPROVING NOTICES AND DIRECTING THEIR DISTRIBUTION; (5) APPOINTING ANGEION GROUP AS CLAIMS ADMINISTRATOR; (6) PRELIMINARY APPROVAL OF PLAINTIFFS' REQUESTS FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS; AND (7) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Settlement and the Declaration of Justin L. Swidler in Support of Plaintiffs' Motion for Preliminary Approval ("Swidler Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1) Granting preliminary approval of the Settlement Agreement and Release between Nicholas DeSimone, Patrick Gardner, Mohammad Hussain, Paul Malstrom, Stephen Gallagher, Craig Paladeau, and Cory Benner ("Plaintiffs") and TIAA Bank, N.A.

1

("Defendant") ("Settlement Agreement"), attached as Exhibit A to Swidler Declaration;

(2) Conditionally certifying the proposed seven (7) Rule 23 state law classes for settlement purposes;

(3) Appointing Justin Swidler of Swartz Swidler, LLC, Robert D. Soloff of Robert D. Soloff, P.A., Marc A. Silverman of Frank, Weinberg & Black, P.L., and Carly Meredith of Meredith Malatino Law, LLC. ("Plaintiffs' Counsel") as Class Counsel;

(4) Appointing Angeion Group as Claims Administrator;

(5) Preliminarily Approving Plaintiffs' requests for attorneys' fees, costs and service awards;

(6) Approving the proposed Notice of Class Action Settlement, attached as Exhibit D to Swidler Declaration, and Notice of Collective Action Settlement, attached as Exhibit E to Swidler Declaration;

(7) Setting the date for the fairness hearing and the submission of the Motion for Final Approval of Settlement and Motion for Attorneys' Fees and Costs; and

(8) Specifying the dates for certain actions in this case.

For the Court's convenience, Plaintiffs are submitting herewith a Proposed Order attached as Exhibit 1.

Dated November 29, 2022.

        Respectfully submitted,

        /s/Justin L. Swidler, Esquire_____
        Justin L. Swidler, Esq.
        SWARTZ SWIDLER, LLC
        1101 Kings Highway N, Ste. 402
        Cherry Hill, NJ 08034
        Telephone: (856) 685-7420
        Facsimile: (856) 685-7417
        E-mail: jswidler@swartz-legal.com

        /s/Robert D. Soloff, Esquire_____
        Robert D. Soloff, Esquire
        ROBERT D. SOLOFF, P.A.
        7805 SW 6th Court
        Plantation, Florida 33324
        Telephone: (954) 472-0002
        Facsimile: (954) 472-0052
        E-Mail: robert@solofflaw.com

        /s/Marc A. Silverman, Esquire_____
        Marc A. Silverman, Esquire
        FRANK, WEINBERG & BLACK, P.L.
        7805 SW 6th Court
        Plantation, FL 33324
        Telephone: (954) 474-8000
        Facsimile: (954) 474-9850
        E-mail: msilverman@fwblaw.net

        s/Carly Jane Skarbnik_____
        Carly Jane Skarbnik, Esquire (SNDY 4088526)
        411 Hackensack Ave., Ste. 407
        Hackensack, NJ 07601
        Phone: (201) 518-1914
        E-mail: cmeredith@meredithmatalinolaw.com

        *Attorneys for Plaintiffs*