

**FRILOT** LLC
ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Leslie W. Ehret
lehret@frilot.com
504.599.8203 office
504.599.8263 fax

# MEMO ENDORSED

November 30, 2022

**VIA ECF**
The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2022
```

Re:   *DeSimone, et al. v. TIAA Bank, FSB, f/k/a Everbank Financial Corp.*
       Southern District of New York; Docket No.: 20-cv-06492 (AJN)(BCM)

Dear Judge Moses,

The Parties write jointly to request the status conference currently scheduled to take place on December 15, 2022 (ECF 197, ¶ 3) be adjourned without date. There are no discovery disputes pending because the parties have entered into a settlement agreement fully resolving this lawsuit. To that end, on November 29, 2022, Plaintiffs filed an unopposed motion requesting, among other things, the Court preliminarily approve the Parties' settlement agreement (an executed copy of which was attached to the motion), approve notices of the settlement to be sent to collective action and putative class action members, and set a date for a final fairness hearing on the settlement (ECF 223).

The Parties thank the Court for its time and consideration of this request.

Application GRANTED. SO ORDERED.

*/s/ Barbara Moses*
Barbara Moses
United States Magistrate Judge
November 30, 2022

All the best,

**FRILOT L.L.C.**
Lead Attorneys for Defendant,
TIAA Bank, FSB
By:   s/ Leslie W. Ehret
Leslie W. Ehret (*admitted pro hac vice*)
Renee Culotta (*admitted pro hac vice*)
Benjamin M. Castoriano (*admitted pro hac vice*)
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8000
Facsimile:    (504) 599-8100

CC: All Counsel (via ECF)