IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS DeSIMONE, PATRICK GARDNER, MOHAMMAD HUSSAIN, PAUL MALSTROM, STEPHEN GALLAGHER, CRAIG PALADEAU, CORY BENNER, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TIAA BANK, FSB, f/k/a Everbank Financial Corp.,<br><br>Defendant. | CIVIL ACTION NO: 1:20 Civ. 6492 (GHW-BCM) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER: (1) GRANTING FINAL APPROVAL TO THE CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) GRANTING PLAINTIFFS' REQUESTS FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS; AND (3) DISMISSING THIS ACTION WITH PREJUDICE**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Settlement and the Declarations and exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) Granting final approval of the Settlement Agreement and Release between Nicholas DeSimone, Patrick Gardner, Mohammad Hussain, Paul Malstrom, Stephen Gallagher, Craig Paladeau, and Cory Benner ("Plaintiffs") and TIAA Bank, N.A. ("Defendant") ("Settlement Agreement") (ECF 223-3);

(2) Approving Class Counsel's request for attorneys' fees in the amount of one-third of the Settlement Amount;

1

(3) Approving Class Counsel's request for reimbursement of litigation expenses in the amount of $32,634.19.

(4) Approving Service Payments of $10,000 to each Named Plaintiff;

(5) Approving Service Payments of $250 to each Plaintiff, other than Named Plaintiffs, who answered written discovery;

(6) Approving Payment to Angeion Group for its services in administering the Settlement, not to exceed $35,000; and

(7) Dismissing the matter with prejudice, in accordance with the terms of the Settlement Agreement.

Dated July 17, 2023

        Respectfully submitted,

        /s/Justin L. Swidler, Esquire_____
        Justin L. Swidler, Esq.
        SWARTZ SWIDLER, LLC
        9 Tanner Street, Ste. 101
        Haddonfield, NJ 08033
        Telephone: (856) 685-7420
        Facsimile: (856) 685-7417
        E-mail: jswidler@swartz-legal.com

        /s/Robert D. Soloff, Esquire_____
        Robert D. Soloff, Esquire
        ROBERT D. SOLOFF, P.A.
        7805 SW 6th Court
        Plantation, Florida 33324
        Telephone: (954) 472-0002
        Facsimile: (954) 472-0052
        E-Mail: robert@solofflaw.com

        /s/Marc A. Silverman, Esquire_____
        Marc A. Silverman, Esquire

FRANK, WEINBERG & BLACK, P.L.
7805 SW 6th Court
Plantation, FL 33324
Telephone: (954) 474-8000
Facsimile: (954) 474-9850
E-mail: msilverman@fwblaw.net

s/Carly Jane Skarbnik_____
Carly Jane Skarbnik, Esquire (SNDY 4088526)
411 Hackensack Ave., Ste. 407
Hackensack, NJ 07601
Phone: (201) 518-1914
E-mail: cmeredith@meredithmatalinolaw.com

*Attorneys for Plaintiffs*