USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2244__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS DeSIMONE, PATRICK GARDNER, MOHAMMAD HUSSAIN, PAUL MALSTROM, STEPHEN GALLAGHER, CRAIG PALADEAU, CORY BENNER, *and all others similarly situated*,

        Plaintiffs,

  -against-

TIAA BANK, FSB, f/k/a EVERBANK FINANCIAL CORP.,

        Defendant.

20-CV-6492 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed Class Counsel's status report dated April 1, 2024. (Dkt. 236.) Class Counsel shall file a final status report, no later than **July 2, 2024**, updating the Court on all matters pertinent to the distribution of the Qualified Settlement Fund.

Dated: New York, New York
       April 3, 2024

                      SO ORDERED.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**